ACCEPTED
14-14-00358-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/5/2015 2:54:20 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-14-00358-CR

| | | |
|---|---|---|
| **RON CHRISTOPHER JOHNSON,** | § | **IN THE FOURTEENTH COURT** |
| *Appellant,* | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **STATE OF TEXAS,** | § | |
| *Appellee.* | § | **SITTING IN HOUSTON, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/5/2015 2:54:20 PM
CHRISTOPHER A. PRINE
Clerk

**OF APPEALS**

### THIRD MOTION FOR LEAVE TO FILE
### APPELLANT'S BRIEF OUT OF TIME

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

NOW COMES Appellant, RON CHRISTOPHER JOHNSON, and moves this Court for leave to file his Appellant's Brief out of time. For good cause, and in support of his motion, Appellant respectfully shows the Court the following:

1. Appellant filed his Notice of Appeal on April 30, 2014, and this case began in this Court on May 7, 2014. Appellant's brief was originally due on December 1, 2014.

2. Appellant filed his first *Motion for Leave to File Appellant's Brief Out of Time* on December 8, 2014, due to counsel's mother suffering severe complication following heart transplant surgery, and a heavy caseload. This Court granted that request, and ordered Appellant to file his brief on or before January 2, 2015. Appellant requested a second extension of time within which to file his brief, also due to his counsel's mother's health and inability to receive the Reporter's Record

in time to meet the extended deadline. This Court granted that motion, and ordered Appellant's Brief due on February 2, 2015.

3.      Appellant now requests a third extension of the time within which to file his Appellant's Brief. Appellant's counsel's mother is still undergoing complications following surgery, and counsel's presence and attention to her family has been necessary. At the time of the last request for an extension, Appellant's counsel believed in good faith that her mother's health was improving, and that she would be able to meet the new deadline. However, her mother's health has taken yet another turn for the worse, following months of hospitalization after a heart transplant.

4.      Accordingly, Appellant requests a third, and final, extension until April 1, 2015, to file his Appellant's Brief. This request is not made for purposes of delay, but so that his counsel may effectively and thoroughly present his case before this Court.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court GRANT his request, and extend the deadline for filing his Appellant's Brief until April 1, 2015.

Respectfully submitted,

___/s/ Heather M. Lytle_____
HEATHER M. LYTLE

SBN: 24046487
202 Travis Street, Suite 300
Houston, Texas 77002
Tel. 713-204-7060
Fax 281-786-4539
heather@lytle-law.com

ATTORNEY FOR APPELLANT
RON CHRISTOPHER JOHNSON

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on March 5, 2015, a true and correct copy of the foregoing instrument was served upon the following counsel of record via electronic service delivery and/or facsimile:

John Harrity III
Fort Bend County District Attorney
Appellate Division
301 Jackson Street
Richmond, Texas 77469

_____/s/ Heather M. Lytle_____
HEATHER M. LYTLE